

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-10-017-CV

| | |
|---|---|
| OUTBACK ACRES, LTD., WLC MANAGEMENT, INC., AND JDR INVESTMENTS, L.L.C. F/K/A JDR ENTERPRISES, L.L.C. | APPELLANTS |

V.

| | |
|---|---|
| C-TEX HOMES, LTD. | APPELLEE |

AND

| | |
|---|---|
| C-TEX HOMES, LTD. | APPELLANT |

V.

| | |
|---|---|
| OUTBACK ACRES, LTD., WLC MANAGEMENT, INC., RAE D. CUMMINS, DOROTHY LUPTON, JOHN PETER WILLIS, JDR INVESTMENTS, L.L.C. F/K/A JDR ENTERPRISES, L.L.C., LLANO OPERATING CORPORATION D/B/A NORTH TEXAS LLANO OPERATING CORPORATION, LLANO ROYALTY, LTD., AND ENDURE EXPLORATION COMPANY, INC. | APPELLEES |

----------

## FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion For Voluntary Dismissal Of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: March 18, 2010

---

[1] *See* Tex. R. App. P. 47.4.